# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-3080

_____

Luther Smith,                                    *
                                                 *
                    Appellant,                   *    Appeal from the United States
                                                 *    District Court for the Western
        v.                                       *    District of Arkansas.
                                                 *
Estate of Howard Phillips;                       *         [UNPUBLISHED]
Vernon Phillips,                                 *
                                                 *
                    Appellees.                   *

_____

Submitted: July 27, 2001

Filed: July 31, 2001

_____

Before HANSEN, FAGG, and BEAM, Circuit Judges.

_____

PER CURIAM.

Luther Smith appeals the district court's dismissal of Smith's complaint concerning probate matters. Having reviewed the record, we conclude dismissal was proper based on Smith's failure to assert any basis for federal subject matter jurisdiction. See VS Ltd. P'ship v. Dep't of Hous. and Urban Dev., 235 F.3d 1109, 1112 (8th Cir. 2000) (party desiring to proceed in federal court bears burden of establishing court's jurisdiction); Charchenko v. City of Stillwater, 47 F.3d 981, 982-83

(8th Cir. 1995) (de novo standard of review).  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.